IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case Nos. | 2:03-CR-176-KOB-TMP |
| | ) | | 2:05-CV-8071-KOB-TMP |
| JASON RONALL BRANNON, | ) | | |
| | ) | | |
| Defendant/Movant. | ) | | |

O R D E R

On December 20, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 be denied.  No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED.

DONE and ORDERED this 16th day of January, 2007.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1]The court notes that on January 5, 2007, the defendant/movant's copy of the report and recommendation was returned to the court as undeliverable.  The court has no forwarding address for the defendant/movant.